AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

## APPEARANCE

Case Number: 15 Cr. 087 (JFB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edwin Acosta-Martinez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/10/2015 | _(signature)_ |
| Date | Signature |
| | David Stern, Esq.     DS4504 |
| | Print Name     Bar Number |
| | 100 Lafayette Street, Suite 501 |
| | Address |
| | New York    NY    10013 |
| | City    State    Zip Code |
| | (212) 571-5500    (212) 571-5507 |
| | Phone Number    Fax Number |